**Electronically Filed
Supreme Court
SCWC-22-0000370
12-MAY-2025
10:46 AM
Dkt. 5 ODSAC**

SCWC-22-0000370

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARISA MADISON, fka MARISA M. PROVOST,
Petitioner/Plaintiff-Appellant,

vs.

CHARLETON J. PROVOST,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000370; CASE. NO. 2DV181000378)

ORDER DISMISSING APPLICATION FOR
WRIT OF CERTIORARI WITHOUT PREJUDICE
(By:  Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

It appearing that the Intermediate Court of Appeals had not filed a judgment on appeal in the above-referenced matter when the application for writ of certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (2017); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

It is ordered that Petitioner/Plaintiff-Appellant's application for writ of certiorari, filed May 9, 2025, is dismissed without prejudice to re-filing the application

pursuant to HRAP Rule 40.1(a) (2023) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED: Honolulu, Hawaiʻi, May 12, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2